ORIGINAL

FILED
04/07/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 20-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0003



FILED

APR 0 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF CODY M. GECHT TO
SUBMIT LATE APPLICATION TO TAKE THE
BAR EXAM

ORDER

Cody M. Gecht has filed a petition for leave to submit a late application to take the Montana Bar Examination presently scheduled to be administered in July 2020. Gecht's petition establishes good cause for the request. Gecht must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Cody M. Gecht for leave to submit a late application to take the Montana Bar Examination in July 2020 is GRANTED, subject to completion of all exam prerequisites. The application should be submitted no later than April 15, 2020.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 7 day of April, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2